UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

―――――

TERRY LEE WHITEHORN,

        Plaintiff,        Case No. 1:11-cv-117

v.        Honorable Paul L. Maloney

UNKNOWN MARUTIAK,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   March 21, 2011        /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge